# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

US DISTRICT COURT
DISTRICT OF N.H.
FILED
2013 JAN 14 P 12: 58

| United States District Court | District New Hampshire |
|---|---|
| Name (under which you were convicted): Elaine Brown | Docket or Case No.: 09-CR-30-GZS-01 |
| Place of Confinement: SFF-Hazelton | Prisoner No.: 03924-049 |
| UNITED STATES OF AMERICA v. | Movant (include name under which you were convicted) Elaine Brown |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
    District Court of New Hampshire
    55 Pleasant St.
    Concord, NH  03301

    (b) Criminal docket or case number (if you know): 09-CR-30-GZS-01

2. (a) Date of the judgment of conviction (if you know): July, 2009

    (b) Date of sentencing: October 2, 2009

3. Length of sentence: 35 years

4. Nature of crime (all counts):
    1. Conspiracy to prevent officers of the US from discharging their duties
    2. Conspiracy to commit offense against the US
    4. Carrying & possessing a firearm in connection with a crime of violence
    6. Felon in possession
    8. Obstruction of justice
    11. Failure to appear for sentencing

5. (a) What was your plea? (Check one)
    (1) Not guilty ☒       (2) Guilty ☐       (3) Nolo contendere (no contest) ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)     Jury ☒     Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☐   No ☒

8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐

9. If you did appeal, answer the following:

    (a) Name of court: First Circuit Court of Appeals

    (b) Docket or case number (if you know):

    (c) Result: denied

    (d) Date of result (if you know): January 19, 2012

    (e) Citation to the case (if you know):

    (f) Grounds raised: 941(c)?

    (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☒   No ☐

    If "Yes," answer the following:

    (1) Docket or case number (if you know):

    (2) Result: denied

    (3) Date of result (if you know): May 12, 2012

    (4) Citation to the case (if you know):

    (5) Grounds raised:

    don't know

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:

    (a) (1) Name of court:

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

Page 4

  (4) Nature of the proceeding:

  (5) Grounds raised:

  (6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ❏ No ❏

  (7) Result:

  (8) Date of result (if you know):

(b) If you filed any second motion, petition, or application, give the same information:

  (1) Name of court:

  (2) Docket or case number (if you know):

  (3) Date of filing (if you know):

  (4) Nature of the proceeding:

  (5) Grounds raised:

  (6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ❏ No ❏

  (7) Result:

  (8) Date of result (if you know):

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

  (1) First petition: Yes ❏ No ❏

  (2) Second petition: Yes ❏ No ❏

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

```
There exists no evidence or records of any purchase of supplies for
 explosive devices, gun powder, pipe caps, firing pins, other pins,
 springs, etc., by Elaine Brown, or that she had any knowledge or
 experience of such; or that Elaine Brown pointed or shot a gun at
 anyone.
```

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why:
```
Attorney did not address this issue
```

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐   No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Records show that Daniel Riley, Jason Gerhard, and Cerino Gonzales each purchased guns, which included a Colt handgun and a Glock handgun.

(b) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐  No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:
      Attorney did not address this issue

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

      Yes ☐  No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?

      Yes ☐  No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

      Yes ☐  No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

      Yes ☐  No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Request to suppress allegations that Elaine Brown 10b, 10d, 10g, 10t, 10u, 10v, 10bb, 10cc, 10hh, 10ii, 10jj, 10kk. Elaine Brown was a role player, no merits to charges.

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

    Yes ☐  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why:
    Attorney did not address this issue

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

    Yes ☐  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

 Yes ❏ No ❏

(4) Did you appeal from the denial of your motion, petition, or application?

 Yes ❏ No ❏

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

 Yes ❏ No ❏

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND FOUR:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

```
34-A Edward Brown testified at trial that Elaine Brown had nothing
     to do with any of the weapons.
37-A No evidence exists that she assembled bombs, pipes, booby traps,
     made devices, firing pins.
40-A Over rated total of case.

Elaine Brown's mental evaluation was never done to proceed with trial
or at this time.

Challanging criminal history and category.
```

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ☐ No ☒

   (2) If you did not raise this issue in your direct appeal, explain why:
   Attorney did not address this issue

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?

   Yes ☐ No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition:

   Name and location of the court where the motion or petition was filed:

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?

   Yes ☐ No ☐

   (4) Did you appeal from the denial of your motion, petition, or application?

   Yes ☐ No ☐

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

   Yes ☐ No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:

   Docket or case number (if you know):

   Date of the court's decision:

   Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

    None have been presented; attorney did not address any of these issues.

14. Do you have any motion, petition, or appeal **now pending** (filed and not decided yet) in any court for the judgment you are challenging?   Yes ☐   No ☒
    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing:  Bjorn Lange, Fed. Public Defender
    Ralph Pill Bldg.
    Bridge St., Concord, NH  03301
    (b) At arraignment and plea:
    Same

    (c) At trial:   Same

    (d) At sentencing:   Same

(e) On appeal:   Leslie Feldman-Rumpler
                 101 Tremont St., Suite 708
                 Boston, MA   02108

(f) In any post-conviction proceeding:   N/A

(g) On appeal from any ruling against you in a post-conviction proceeding:

   N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?   Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   Yes ☐ No ☒

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   (b) Give the date the other sentence was imposed:

   (c) Give the length of the other sentence:

   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?   Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

```
Appeal filed, denied January 19, 2012
Motion for cert filed to Supreme Court, denied May 12, 2012
```

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
> A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
> (1) the date on which the judgment of conviction became final;
> (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
> (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
> (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____ (month, date, year).  01/10/13

Executed (signed) on  Jan. 9, 2013  (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.