UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Elaine Brown

    v.                                   Civil No. 1:13-cv-21

United States of America

## CONCURRING ORDER

    I concur that George Z. Singal, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

    I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge Margaret J. Kravchuk is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.

Date: 1/15/2013                        /s/ John A. Woodcock, Jr.
                                          Chief United States District Judge
                                          District of Maine

cc:    Elaine Brown, pro se
       Clerk, USDC - District of New Hampshire