UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ELAINE BROWN, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent ) | 1:13-cv-00021-GZS |

### ORDER TO ANSWER

The Petitioner filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct the sentence ordered by the court in its judgment entered on October 2, 2009, in <u>United States v. Elaine Brown</u>, 1:09-cr-0030-GZS-2. The court has reviewed the motion.

The court orders the United States Attorney to file an answer by April 30, 2013, which answer shall provide a detailed response, with appropriate references to the record when necessary, to each claim asserted by the movant.

In the event that the United States Attorney contends that the motion is not timely filed under the limitations provided for in 28 U.S.C. § 2255 or that it is a second or successive motion, a motion to dismiss in lieu of a response shall be filed by March 28, 2013.

**SO ORDERED.**

February 28, 2013              /s/ Margaret J. Kravchuk
                                                      U.S. Magistrate Judge
                                                      Sitting by Designation

Cc:  Elaine Brown